UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE et al, <br><br> Plaintiffs, <br> v. <br><br> RIVERDALE COUNTRY SCHOOL et al, <br><br> Defendants. | Case No.: 17 cv-9537 <br><br> [~~DEFENDANT'S PROPOSED~~] **ORDER TO SEAL PLAINTIFFS' COMPLAINT, CIVIL COVER SHEETS, AND ANTICIPATED MOTION PAPERS** |

**WHEREAS** on December 5, 2017, Plaintiffs filed a Complaint and Civil Cover Sheets naming as Defendants Riverdale Country School, Dominic A.A. Randolph, Kelley Nicholson-Flynn, Julie Choi, Miguel Torres, Michele Owens and Jane Doe;

**WHEREAS** on December 6, 2017, Defendant Riverdale Country School filed a motion to seal the Complaint, Civil Cover Sheets, and Plaintiffs' anticipated motion papers and requested that the Court order Plaintiffs to file redacted versions of such documents and any future filings;

**WHEREAS** the Complaint and Civil Cover Sheets contain sensitive, personally identifying information relating to minors that, if public, would harm such minors;

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** and Plaintiffs' Complaint, Civil Cover Sheets, and anticipated motion papers shall be maintained under seal until such time as redactions are agreed upon by the parties or approved by the Court.

It is **FURTHER ORDERED** that, in the event that the parties do not submit agreed upon redactions by December 15, 2017, Defendants shall submit proposed redactions to the

1

Complaint, Civil Cover Sheets, and any motion papers to the Court on or before December 20, 2017.

It is **FURTHER ORDERED** that Plaintiffs shall submit any opposition to such redactions within 5 days of Defendants' submission, if the parties cannot come to agreement.

It is **FURTHER ORDERED** that the Memorandum of Law in Support of Defendants' Motion to Seal Plaintiffs' Complaint, Civil Cover Sheets, and Anticipated Motion Papers, and the accompanying Declaration of Jennifer M. Opheim, shall be filed under seal.

**AND** it is **FURTHER ORDERED** all future submissions, motions, or other filings by either party in the above-captioned matter shall be redacted in a manner consistent with the parties' agreement regarding redactions, or, absent agreement of the parties, the Court's determination of the propriety of such redactions, prior to any public filing.

*The parties shall submit courtesy copies of all unredacted filings by email to OetkenNYSDChambers@nysd.uscourts.gov*

Dated: Dec. 6, 2017
New York, New York

_____
Hon. J. Paul Oetken
United States District Judge

2