UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――――

JOHN DOE, et al.

                    Plaintiffs,

            -v-

RIVERDALE COUNTRY SCHOOL, et al.,

                    Defendants.

17-CV-9537 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Because Plaintiff has voluntarily dismissed this case under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*see* Dkt. No. 75), the motion to dismiss at Docket Number 62 is DENIED as moot. The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: April 17, 2018
       New York, New York

                                                 J. PAUL OETKEN
                                              United States District Judge